# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : **CRIMINAL ACTION** |
| | : |
| v. | : **NO. 14-214-1** |
| | : |
| **ERROL BENNET** | : |

## ORDER

**AND NOW**, this 4th day of December 2018, following the United States Court of Appeals' Mandate (ECF Doc. No. 186), affirming the April 18, 2017 Judgment (ECF Doc. No. 160), considering Defendant's Motions to vacate, set aside or correct his sentence under 28 U.S.C. § 2255 (ECF Doc. Nos. 163, 183) and for reasons in the accompanying Memorandum, it is **ORDERED**:

1.      The Clerk of Court shall **remove** this case from our suspense docket;

2.      Defendant's Motions (ECF Doc. Nos. 163, 183) are **DENIED**;

3.      We decline to issue a certificate of appealability as Mr. Bennet has neither shown denial of a federal constitutional right nor has he established reasonable jurists would debate the correctness of this Court's ruling;[1] and,

4.      The Clerk of Court shall **close** this case.

KEARNEY, J.

---

[1] *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).